UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Rocket Mortgage, LLC s/b/m Nationstar Mortgage
LLC

Case No: <u>25-23257</u>

Chapter: <u>13</u>

Judge: <u>Michael B. Kaplan</u>

In Re:
John Cabarcas
Dawn Marie Cabarcas

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 03/02/2026

/s/ *Denise Carlon*

Denise Carlon
02 Mar 2026, 16:43:45, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 289e24b30d8f211b77a6cb00673c90cff0fb5ad59109567506899527a8e59d4a