UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MASELLI, MILLS & FORNAL, P.C.
By: David Fornal, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
dfornal@masellilaw.com
Attorneys for Creditor, Cadence Bank, successor by way
of merger and acquisition to First Chatham Bank

In Re:

John Cabarcas and Dawn Marie Cabarcas,

　　　　　Debtors.

**Order Filed on March 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 25-23257 |
| Hearing Date: | March 25, 2026 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

　　　The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Huntington National Bank</u>,
successor by way of merger and acquisition to Cadence Bank, under Bankruptcy Code section
362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for
cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to
institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate
jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

8 Azalea Lane, Somerset, New Jersey 08873

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate
with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-
bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further
distributions to the Creditor.

It is further ORDERED that the 14-day period for the stay relief order pursuant to
FBRP 4001(a)(3) is hereby **WAIVED**.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 11/14/2023*