UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MASELLI, MILLS & FORNAL, P.C.
By: David Fornal, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
dfornal@masellilaw.com
Attorneys for Creditor, Cadence Bank, successor by way
 of merger and acquisition to First Chatham Bank

**Order Filed on March 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Cabarcas and Dawn Marie Cabarcas,

           Debtors.

| | |
|---|---|
| Case No.: | 25-23257 |
| Hearing Date: | March 25, 2026 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Huntington National Bank                                              ,
successor by way of merger and acquisition to Cadence Bank, under Bankruptcy Code section
362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for
cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to
institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate
jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

8 Azalea Lane, Somerset, New Jersey 08873

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate
with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-
bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further
distributions to the Creditor.

It is further ORDERED that the 14-day period for the stay relief order pursuant to
FBRP 4001(a)(3) is hereby **WAIVED**.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-23257-MBK

John Cabarcas                                                                    Chapter 13

Dawn Marie Cabarcas

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db/jdb | + John Cabarcas, Dawn Marie Cabarcas, 8 Azalea Lane, Somerset, NJ 08873-2802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Cadence Bank dfornal@maselliwarren.com |
| David G. Beslow | on behalf of Joint Debtor Dawn Marie Cabarcas ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Debtor John Cabarcas ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |

District/off: 0312-3                              User: admin                                    Page 2 of 2

Date Rcvd: Mar 25, 2026                          Form ID: pdf903                                Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

Philip Galanaugh
                    on behalf of Creditor Cadence Bank pgalanaugh@masellilaw.com

Sari Blair Placona
                    on behalf of Creditor McManimon  Scotland & Baumann, LLC splacona@msbnj.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8