UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GOLDMAN & BESLOW, LLC**
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s)

| | |
|---|---|
| In Re:<br><br>John Cabarcas, and<br>Dawn Marie Cabarcas<br><br>Debtor | Case No.: ___25 23257 MBK___<br><br>Judge: ___Kaplan___<br><br>Chapter: 13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one):**

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ___May 27, 2026___, at __9:00 am__.

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one):**

☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor was unable to personally sign an opposition by the deadline.  A modified plan has been prepared and is awaiting debtor signature.  Same will be filed with the Court in advance of the hearing.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: May 20, 2026                              /s/ David G. Beslow, Esq.
                                                Debtor's Attorney

Date: _____                           _____
                                                Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*