Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  25–23257–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Cabarcas                                    Dawn Marie Cabarcas
8 Azalea Lane                                    8 Azalea Lane
Somerset, NJ 08873                               Somerset, NJ 08873

Social Security No.:
xxx–xx–3628                                      xxx–xx–4299

Employer's Tax I.D. No.:

_____

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/8/26
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 26, 2026
JAN: llb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court