Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25−23257−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Cabarcas | Dawn Marie Cabarcas |
| 8 Azalea Lane | 8 Azalea Lane |
| Somerset, NJ 08873 | Somerset, NJ 08873 |

Social Security No.:
  xxx−xx−3628                                    xxx−xx−4299

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/8/26
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 26, 2026
JAN: llb

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-23257-MBK |
|---|---|
| John Cabarcas | Chapter 13 |
| Dawn Marie Cabarcas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: 132 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Cabarcas, Dawn Marie Cabarcas, 8 Azalea Lane, Somerset, NJ 08873-2802 |
| cr | + | Cadence Bank, c/o Maselli, Mills & Fornal, P.C., Attn. David Fornal, Esquire, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| 520975746 | + | Acordex Imaging, 37 Walker Road, 1st Fl, North Andover, MA 01845-1997 |
| 520920097 | + | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 521044332 | + | Anthony Z. Holbrook, 2525 E. Broadway Blvd., Suite 200, Tucson, AZ 85716-5350 |
| 520975749 | + | Buckeye Associates, 4622 Pennsylvania Avenue, Suite 700, Kansas City, MO 64112-1412 |
| 521008086 | + | Buckeye Associates, LLC, c/o Burton S. Weston, Esq., Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 521008085 | + | Burton S. Weston, Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 520975754 | | CXT Software, PO Box 29088, Phoenix, AZ 85038-9088 |
| 520920103 | + | Chase Mortgage c/o, Rushmore Servicing, PO Box 619097, Dallas, TX 75261-9097 |
| 520975751 | + | Citizens, 601 East 24th Street, Tucson, AZ 85713-1708 |
| 520975752 | + | Cousins Freight Solutions, 3356 N. San Marcos Place, Suite 107, Chandler, AZ 85225-7176 |
| 520920112 | + | Express-It, Inc., 8 Azalia Lane, Somerset, NJ 08873-2802 |
| 520920114 | + | First Chatham Bank, c/o, Maselli, Mills & Fornal, PC, 400 Alexander Road, Suite 101, Princeton, NJ 08540-6797 |
| 520975756 | + | Fleetwatch, PO Box 36014, Newark, NJ 07188-6006 |
| 520975757 | | Flyers Energy, PO Box 884517, Los Angeles, CA 90088-4517 |
| 520975758 | + | Gary Doyle, Esq., 2929 North 44th Street, Suite 120, Phoenix, AZ 85018-7239 |
| 520975759 | + | Heffeman Insurance Broker, PO Box 5608, Walnut Creek, CA 94596-1608 |
| 520985657 | + | Huntington National Bank, c/o Maselli, Mills & Fornal, P.C., Attention: David Fornal, Esq, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520975760 | + | I Lift, Inc., 3025 East Benson Highway, Tucson, AZ 85706-1711 |
| 520975761 | + | Lisa Carson, c/o Stuart Title & Trust of Tuscon, PO Box 42200, Tucson, AZ 85733-2200 |
| 520975762 | + | M3 Fleet Management, LLC, 2950 E. Mohawk Lane, Suite 100, Phoenix, AZ 85050-4797 |
| 520975764 | + | New Lane Finance, 123 S. Broad Street, 17th Floor, Philadelphia, PA 19109-1032 |
| 520975765 | + | Pacific Coast Propane, PO Box 353, Ontario, CA 91762-8353 |
| 520975766 | + | Pacific Office Automation, 14747 NW Greenbrier Parkway, Beaverton, OR 97006-5601 |
| 520975767 | | Penske Truck Leasing, PO Box 7429, Pasadena, CA 91109-7429 |
| 520975770 | + | RWC, 600 North 75th Avenue, Phoenix, AZ 85043-2112 |
| 520975769 | + | Raymond West Logistical Solutions, 2659 E Magnolia Street, Phoenix, AZ 85034-6909 |
| 520984687 | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520975771 | + | Terra Staffing, 1000 SE Everett Mall Way, Suite 301, Everett, WA 98208-2814 |
| 520975773 | + | Vincent Sardono, 2412 East Peachtree Road, Chandler, AZ 85249-4677 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2026 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2026 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

District/off: 0312-3                              User: admin                                    Page 2 of 5

Date Rcvd: May 26, 2026                          Form ID: 132                                   Total Noticed: 81

| | | | | |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ MEBN | | May 26 2026 22:38:46 | McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| 520975747 | | Email/Text: dlott@arcb.com | May 26 2026 22:44:00 | ArcBest, PO Box 10048, Fort Smith, AR 72917-0048 |
| 520946863 | | Email/Text: bankruptcynotices@donohoelawpc.com | May 26 2026 22:43:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 520920095 | | Email/Text: bankruptcynotices@donohoelawpc.com | May 26 2026 22:43:00 | Aes/mefa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105 |
| 521031961 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 26 2026 22:46:05 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520922413 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2026 22:46:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520975748 | ^ MEBN | | May 26 2026 22:37:35 | BlueVine Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063-1536 |
| 520920100 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2026 22:46:04 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520920099 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2026 22:46:20 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520920102 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2026 22:46:11 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520920101 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2026 22:46:11 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 520920105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 22:46:08 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520920106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 22:46:16 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520920104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 22:46:24 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520975753 | | Email/Text: CCICollectionsGlobalForms@cox.com | May 26 2026 22:45:46 | Cox Communications, PO Box 53249, Phoenix, AZ 85072-3249 |
| 520920120 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 22:46:25 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520920110 | + | Email/Text: mrdiscen@discover.com | May 26 2026 22:44:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520920108 | + | Email/Text: mrdiscen@discover.com | May 26 2026 22:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520920113 | | Email/Text: scourtney@firstchatham.com | May 26 2026 22:43:00 | First Chatham Bank, 111 Barnard Street, Savannah, GA 31401 |
| 520920115 | | Email/Text: collecadminbankruptcy@fnni.com | May 26 2026 22:44:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520920116 | | Email/Text: collecadminbankruptcy@fnni.com | May 26 2026 22:44:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520975755 | ^ MEBN | | May 26 2026 22:38:24 | First Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000 |
| 520920117 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2026 22:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 520936780 | + | Email/Text: RASEBN@raslg.com | May 26 2026 22:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520922414 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2026 22:46:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520920119 | + | Email/Text: EBNBKNOT@ford.com | May 26 2026 22:45:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520920118 | + | Email/Text: EBNBKNOT@ford.com | May 26 2026 22:45:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 520920121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 22:46:08 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520975763 | ^ | MEBN | May 26 2026 22:38:47 | McManimon, Scotland & Baumann, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| 520920126 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 26 2026 22:46:22 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920122 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 26 2026 22:46:06 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920130 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 26 2026 22:44:00 | PHH Mortgage, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 520920131 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 26 2026 22:44:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 520975768 | + | Email/Text: bankruptcy@pb.com | May 26 2026 22:45:00 | Pitney Bowes Global Financial Svcs, PO Box 981022, Boston, MA 02298-1022 |
| 520920132 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 26 2026 22:44:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520920134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:19 | Syncb/hdhvac, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:11 | Syncb/hdhvac, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:11 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:19 | Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920138 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:11 | Synchrony Bank/PC Richards & Sons, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 26 2026 22:46:03 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920143 | | Email/Text: bankruptcy@truliantfcu.org | May 26 2026 22:44:00 | Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920141 | | Email/Text: bankruptcy@truliantfcu.org | May 26 2026 22:44:00 | Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |
| 520920139 | + | Email/Text: BCN@timepayment.com | May 26 2026 22:45:00 | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 1600 District Avenue, Ste 200, Burlington, MA 01803-5076 |
| 520920140 | + | Email/Text: BCN@timepayment.com | May 26 2026 22:45:00 | Timepayment Corp, LLC., 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 520920145 | + | Email/Text: bankruptcynotices@sba.gov | May 26 2026 22:44:00 | U.S. Small Business Administration, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: May 26, 2026 | Form ID: 132 | Total Noticed: 81

| 520975772 | Email/Text: misty.hoefs@usbank.com | | |
|---|---|---|---|
| | | May 26 2026 22:44:00 | US Bank, PO Box 790448, Saint Louis, MO 63179-0448 |
| 520975774 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | May 26 2026 22:46:21 | Wells Fargo Vendor Financial Svcs, 800 Walnut Street, Des Moines, IA 50309-3891 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520920096 | *P++ | AMERICAN EDUCATION SERVICES, ATTN AES, P O BOX 8183, HARRISBURG PA 17105-8183, address filed with court:, Aes/mefa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105 |
| 520920098 | *+ | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 520975750 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520920107 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520920111 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520920109 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520920127 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920128 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920129 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920123 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920124 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920125 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920144 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920142 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David Fornal | on behalf of Creditor Cadence Bank dfornal@maselliwarren.com |
| David G. Beslow | on behalf of Joint Debtor Dawn Marie Cabarcas ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: May 26, 2026                       Form ID: 132                                   Total Noticed: 81

David G. Beslow
        on behalf of Debtor John Cabarcas ecf@goldmanlaw.org
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
        estcase.com;GoldmanBeslowLLC@jubileebk.net

Matthew K. Fissel
        on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
        matthew.fissel@brockandscott.com

Philip Galanaugh
        on behalf of Creditor Cadence Bank pgalanaugh@masellilaw.com

Sari Blair Placona
        on behalf of Creditor McManimon  Scotland & Baumann, LLC splacona@msbnj.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9