Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–23257–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Cabarcas                                    Dawn Marie Cabarcas
8 Azalea Lane                                    8 Azalea Lane
Somerset, NJ 08873                               Somerset, NJ 08873

Social Security No.:
  xxx–xx–3628                                    xxx–xx–4299

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 26, 2026 and a confirmation hearing on such Plan has been scheduled for July 8, 2026.

The debtor filed a Modified Plan on July 2, 2026 and a confirmation hearing on the Modified Plan is scheduled for August 19, 2026 at 10 am. Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
       for filing a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secured claim, such holder's acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holder's acceptance or rejection of the Plan within the time fixed.

3.     The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
       Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
       arguments in support of the original plan on the scheduled Confirmation date, consider the
       reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
       or convert the case, or take any other action on the original plan deemed appropriate.

       A full copy of the modified Plan will follow this notice.

Dated: July 6, 2026
JAN: llb

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-23257-MBK

John Cabarcas                                                                           Chapter 13

Dawn Marie Cabarcas

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 06, 2026 | Form ID: 186 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Cabarcas, Dawn Marie Cabarcas, 8 Azalea Lane, Somerset, NJ 08873-2802 |
| cr | + | Cadence Bank, c/o Maselli, Mills & Fornal, P.C., Attn. David Fornal, Esquire, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| 520975746 | + | Acordex Imaging, 37 Walker Road, 1st Fl, North Andover, MA 01845-1997 |
| 520920097 | + | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 521044332 | + | Anthony Z. Holbrook, 2525 E. Broadway Blvd., Suite 200, Tucson, AZ 85716-5350 |
| 520975749 | + | Buckeye Associates, 4622 Pennsylvania Avenue, Suite 700, Kansas City, MO 64112-1412 |
| 521008086 | + | Buckeye Associates, LLC, c/o Burton S. Weston, Esq., Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 521008085 | + | Burton S. Weston, Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 520975754 | | CXT Software, PO Box 29088, Phoenix, AZ 85038-9088 |
| 520920103 | + | Chase Mortgage c/o, Rushmore Servicing, PO Box 619097, Dallas, TX 75261-9097 |
| 520975751 | + | Citizens, 601 East 24th Street, Tucson, AZ 85713-1708 |
| 520975752 | + | Cousins Freight Solutions, 3356 N. San Marcos Place, Suite 107, Chandler, AZ 85225-7176 |
| 520920112 | + | Express-It, Inc., 8 Azalia Lane, Somerset, NJ 08873-2802 |
| 520920114 | + | First Chatham Bank, c/o, Maselli, Mills & Fornal, PC, 400 Alexander Road, Suite 101, Princeton, NJ 08540-6797 |
| 520975756 | + | Fleetwatch, PO Box 36014, Newark, NJ 07188-6006 |
| 520975757 | | Flyers Energy, PO Box 884517, Los Angeles, CA 90088-4517 |
| 520975758 | + | Gary Doyle, Esq., 2929 North 44th Street, Suite 120, Phoenix, AZ 85018-7239 |
| 520975759 | + | Heffeman Insurance Broker, PO Box 5608, Walnut Creek, CA 94596-1608 |
| 520985657 | + | Huntington National Bank, c/o Maselli, Mills & Fornal, P.C., Attention: David Fornal, Esq, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520975760 | + | I Lift, Inc., 3025 East Benson Highway, Tucson, AZ 85706-1711 |
| 520975761 | + | Lisa Carson, c/o Stuart Title & Trust of Tuscon, PO Box 42200, Tucson, AZ 85733-2200 |
| 520975762 | + | M3 Fleet Management, LLC, 2950 E. Mohawk Lane, Suite 100, Phoenix, AZ 85050-4797 |
| 520975764 | + | New Lane Finance, 123 S. Broad Street, 17th Floor, Philadelphia, PA 19109-1032 |
| 520975765 | + | Pacific Coast Propane, PO Box 353, Ontario, CA 91762-8353 |
| 520975766 | + | Pacific Office Automation, 14747 NW Greenbrier Parkway, Beaverton, OR 97006-5601 |
| 520975767 | | Penske Truck Leasing, PO Box 7429, Pasadena, CA 91109-7429 |
| 520975770 | + | RWC, 600 North 75th Avenue, Phoenix, AZ 85043-2112 |
| 520975769 | + | Raymond West Logistical Solutions, 2659 E Magnolia Street, Phoenix, AZ 85034-6909 |
| 520975771 | + | Terra Staffing, 1000 SE Everett Mall Way, Suite 301, Everett, WA 98208-2814 |
| 520975773 | + | Vincent Sardono, 2412 East Peachtree Road, Chandler, AZ 85249-4677 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2026 23:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2026 23:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Date Rcvd: Jul 06, 2026                          Form ID: 186                                   Total Noticed: 82

cr                      ^  MEBN

Jul 06 2026 23:06:36    McManimon, Scotland & Baumann, LLC, 75
                        Livingston Avenue, Suite 201, Roseland, NJ
                        07068-3701

520975747                Email/Text: dlott@arcb.com

Jul 06 2026 23:11:00    ArcBest, PO Box 10048, Fort Smith, AR
                        72917-0048

520946863                Email/Text: bankruptcynotices@donohoelawpc.com

Jul 06 2026 23:10:00    MEFA, c/o Melissa Donohoe Dixon, Esq.,
                        Donohoe Law, P.C., PO Box 702, Marshfield, MA
                        02050

520920095                Email/Text: bankruptcynotices@donohoelawpc.com

Jul 06 2026 23:10:00    Aes/mefa, Attn: Bankruptcy, Po Box 2461,
                        Harrisburg, PA 17105

521031961            +  Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com
                        Jul 06 2026 23:16:01    Aidvantage on behalf of, Dept of Ed Loan
                        Services, PO BOX 300001, Greenville TX
                        75403-3001

520922413                Email/PDF: resurgentbknotifications@resurgent.com

Jul 06 2026 23:15:53    Ashley Funding Services, LLC, Resurgent Capital
                        Services, PO Box 10587, Greenville, SC
                        29603-0587

520975748            ^  MEBN

Jul 06 2026 23:04:44    BlueVine Inc., 401 Warren Street, Suite 300,
                        Redwood City, CA 94063-1536

520920100            +  Email/PDF: ais.chase.ebn@aisinfo.com

Jul 06 2026 23:16:09    Chase Card Services, Po Box 15369, Wilmington,
                        DE 19850-5369

520920099            +  Email/PDF: ais.chase.ebn@aisinfo.com

Jul 06 2026 23:15:48    Chase Card Services, Attn: Bankruptcy, P.O.
                        15298, Wilmington, DE 19850-5298

520920102            +  Email/PDF: ais.chase.ebn@aisinfo.com

Jul 06 2026 23:16:09    Chase Mortgage, 700 Kansas Lane, Monroe, LA
                        71203-4774

520920101            +  Email/PDF: ais.chase.ebn@aisinfo.com

Jul 06 2026 23:15:48    Chase Mortgage, Attn: Legal Correspondence
                        Center, 700 Kansas Ln Mail Code La4-7200,
                        Monroe, LA 71203-4774

520920105            +  Email/PDF: Citi.BNC.Correspondence@citi.com

Jul 06 2026 23:15:54    Citibank, Attn: Bankruptcy Department, P.O.Box
                        790046, St. Louis, MO 63179-0046

520920106            +  Email/PDF: Citi.BNC.Correspondence@citi.com

Jul 06 2026 23:16:04    Citibank, Po Box 6217, Sioux Falls, SD
                        57117-6217

520920104            +  Email/PDF: Citi.BNC.Correspondence@citi.com

Jul 06 2026 23:16:04    Citibank, Citicorp Cr Srvs/Centralized
                        Bankruptcy, Po Box 790040, St Louis, MO
                        63179-0040

520975753                Email/Text: CCICollectionsGlobalForms@cox.com

Jul 06 2026 23:12:04    Cox Communications, PO Box 53249, Phoenix,
                        AZ 85072-3249

520920120                Email/PDF: Citi.BNC.Correspondence@citi.com

Jul 06 2026 23:15:54    Macys/fdsb, Attn: Bankruptcy, 9111 Duke
                        Boulevard, Mason, OH 45040

520920110            +  Email/Text: mrdiscen@discover.com

Jul 06 2026 23:10:00    Discover Financial, Po Box 30939, Salt Lake City,
                        UT 84130-0939

520920108            +  Email/Text: mrdiscen@discover.com

Jul 06 2026 23:10:00    Discover Financial, Attn: Bankruptcy, Po Box
                        3025, New Albany, OH 43054-3025

520920113                Email/Text: scourtney@firstchatham.com

Jul 06 2026 23:10:00    First Chatham Bank, 111 Barnard Street,
                        Savannah, GA 31401

520920115            +  Email/Text: collecadminbankruptcy@fnni.com

Jul 06 2026 23:11:00    Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128,
                        Omaha, NE 68103

520920116            +  Email/Text: collecadminbankruptcy@fnni.com

Jul 06 2026 23:11:00    Fnb Omaha, P.o. Box 3412, Omaha, NE 68197

520975755            ^  MEBN

Jul 06 2026 23:06:06    First Insurance Funding, PO Box 7000, Carol
                        Stream, IL 60197-7000

520920117                Email/Text: sbse.cio.bnc.mail@irs.gov

Jul 06 2026 23:11:00    Internal Revenue Service, P.O. Box 7346,
                        Philadelphia, PA 19101-7346

520936780            +  Email/Text: RASEBN@raslg.com

Jul 06 2026 23:10:00    JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank

District/off: 0312-3    User: admin    Page 3 of 5

Date Rcvd: Jul 06, 2026    Form ID: 186    Total Noticed: 82

| | | | |
|---|---|---|---|
| | | | USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520922414 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 06 2026 23:15:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520920119 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Jul 06 2026 23:12:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520920118 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Jul 06 2026 23:12:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 520920121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 06 2026 23:15:54 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520975763 | ^ | MEBN | |
| | | Jul 06 2026 23:06:36 | McManimon, Scotland & Baumann, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| 520920126 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | Jul 06 2026 23:16:11 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920122 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Jul 06 2026 23:16:02 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920130 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jul 06 2026 23:10:00 | PHH Mortgage, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 520920131 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jul 06 2026 23:10:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 520975768 | + | Email/Text: bankruptcy@pb.com | |
| | | Jul 06 2026 23:12:00 | Pitney Bowes Global Financial Svcs, PO Box 981022, Boston, MA 02298-1022 |
| 520984687 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 06 2026 23:10:00 | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520920132 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jul 06 2026 23:10:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520920134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:16:08 | Syncb/hdhvac, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:16:00 | Syncb/hdhvac, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:15:49 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:15:59 | Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920138 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:15:47 | Synchrony Bank/PC Richards & Sons, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 06 2026 23:16:08 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920143 | | Email/Text: bankruptcy@truliantfcu.org | |
| | | Jul 06 2026 23:10:00 | Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920141 | | Email/Text: bankruptcy@truliantfcu.org | |
| | | Jul 06 2026 23:10:00 | Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |
| 520920139 | + | Email/Text: BCN@timepayment.com | |
| | | Jul 06 2026 23:12:00 | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 1600 District Avenue, Ste 200, Burlington, MA 01803-5076 |
| 520920140 | + | Email/Text: BCN@timepayment.com | |
| | | Jul 06 2026 23:12:00 | Timepayment Corp, LLC., 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 521244587 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Jul 06 2026 23:10:00 | U.S. Department of Education, PO Box 16448, |

|  |  |  | Saint Paul MN 55116-0448 |
|---|---|---|---|
| 520920145 | + Email/Text: bankruptcynotices@sba.gov | Jul 06 2026 23:11:00 | U.S. Small Business Administration, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520975772 | Email/Text: misty.hoefs@usbank.com | Jul 06 2026 23:11:00 | US Bank, PO Box 790448, Saint Louis, MO 63179-0448 |
| 520975774 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 06 2026 23:16:10 | Wells Fargo Vendor Financial Svcs, 800 Walnut Street, Des Moines, IA 50309-3891 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520920096 | *P++ | AMERICAN EDUCATION SERVICES, ATTN AES, P O BOX 8183, HARRISBURG PA 17105-8183, address filed with court:, Aes/mefa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105 |
| 520920098 | *+ | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 520975750 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520920107 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520920111 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520920109 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520920127 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920128 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920129 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920123 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920124 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920125 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920144 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920142 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David Fornal |  |

District/off: 0312-3                          User: admin                                    Page 5 of 5

Date Rcvd: Jul 06, 2026                      Form ID: 186                                   Total Noticed: 82

on behalf of Creditor Cadence Bank dfornal@maselliwarren.com

David G. Beslow

on behalf of Debtor John Cabarcas ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
estcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow

on behalf of Joint Debtor Dawn Marie Cabarcas ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
estcase.com;GoldmanBeslowLLC@jubileebk.net

Matthew K. Fissel

on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

Philip Galanaugh

on behalf of Creditor Huntington National Bank pgalanaugh@masellilaw.com

Philip Galanaugh

on behalf of Creditor Cadence Bank pgalanaugh@masellilaw.com

Sari Blair Placona

on behalf of Creditor McManimon  Scotland & Baumann, LLC splacona@msbnj.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10