**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

**Last revised: November 14, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**New Jersey**

In Re:    **John Cabarcas**                                    Case No.:                    **25-23257**
          **Dawn Marie Cabarcas**                              Judge:                       **MBK**
                                    Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS**

☐ Original                    ☑ Modified/Notice Required          Date:    **6/30/2026**
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. _Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan._**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney    **/s/ DGB**      Initial Debtor:    **/s/ J C**          Initial Co-Debtor    **/s/ DMC**

1

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay to the Chapter 13 Trustee $**400.00** monthly for **36** months starting on the first of the month following the filing of the petition.

b.  The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description**:**
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description: 8 Azalea Lane
  Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☑ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.  For debtors filing joint petition:
- ☑ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: /s/ **J C** _____     Initial Co-Debtor: /s/ **DMC** _____

## Part 2:  Adequate Protection                    X  NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Albert Russo, Chapter 13 Standing Trustee** | **Trustee commissions (Administrative)** | **As allowed by statute** |
| **Goldman & Beslow LLC** | **Attorneys fees (Administrative)** | **Balance due:  Unknown, hourly per retainer agreement** |
| **Domestic Support Obligation** | | **None** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **Unknown** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **Unknown** |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

2

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a.    Curing Default and Maintaining Payments on Principal Residence: ☑ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

**b.    Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

**c.    Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☑ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

**d.    Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Nationstar Mortgage/Rocket Mortgage** | **8 Azalea Lane, Somerset NJ 08873** | **Unknown** | **pro rata** |
| **First Chatham Bank/Huntington National Bank** | **8 Azalea Lane, Somerset NJ 08873** | **Unknown** | **pro rata** |

f. **Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

g. **Secured Claims to be Paid in Full Through the Plan:** ☑ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|

**Part 5: Unsecured Claims**   NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| **Aidvantage** | **Student loans** | **outside plan** | **outside plan** |

**Part 6: Executory Contracts and Unexpired Leases**   X   NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|

4

**Part 7:  Motions**    **X**   **NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

    a.     **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b.     **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

        The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c.     **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

        The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

    d.     Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8:  Other Plan Provisions**
    a.     **Vesting of Property of the Estate**

    ☐     Upon Confirmation
    ☑     Upon Discharge

    b.     **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.      Order of Distribution**

The Trustee shall pay allowed claims in the following order:

**1) Chapter 13 Standing Trustee Commissions**
**2) Other Administrative Claims - including Attorney Fees & Costs**
**3) Secured Claims**
**4) Priority Claims**
**5) Lease Arrearages**
**6) General Unsecured Claims**

**d.      Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification**        **NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: __5/26/2026____ .

Explain below **why** the plan is being modified:
**Plan is being modified in Part 4 to provide for surrender of real property.   Plan is also modified to provide for separate classification of student loans in Part 5.  Modification of applicable commitment period to 36 months as debtors are below median.**

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐ Yes        ☑ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**
Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:    **June 30, 2026**                          **/s/ John Cabarcas**
                                                                    **John Cabarcas**
                                                                    Debtor

Date:    **June 30, 2026**                          **/s/ Dawn Marie Cabarcas**
                                                                    **Dawn Marie Cabarcas**
                                                                    Joint Debtor

6

Date    **June 30, 2026**                              /s/ **David G. Beslow, Esq.**

                                                       **David G. Beslow, Esq.**
                                                       Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-23257-MBK |
| John Cabarcas | Chapter 13 |
| Dawn Marie Cabarcas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 06, 2026 | Form ID: pdf901 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Cabarcas, Dawn Marie Cabarcas, 8 Azalea Lane, Somerset, NJ 08873-2802 |
| cr | + | Cadence Bank, c/o Maselli, Mills & Fornal, P.C., Attn. David Fornal, Esquire, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| 520975746 | + | Acordex Imaging, 37 Walker Road, 1st Fl, North Andover, MA 01845-1997 |
| 520920097 | + | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 521044332 | + | Anthony Z. Holbrook, 2525 E. Broadway Blvd., Suite 200, Tucson, AZ 85716-5350 |
| 520975749 | + | Buckeye Associates, 4622 Pennsylvania Avenue, Suite 700, Kansas City, MO 64112-1412 |
| 521008086 | + | Buckeye Associates, LLC, c/o Burton S. Weston, Esq., Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 521008085 | + | Burton S. Weston, Garfunkel Wild, P.C., 900 Stewart Avenue, 4th Floor, Garden City, NY 11530-4869 |
| 520975754 | | CXT Software, PO Box 29088, Phoenix, AZ 85038-9088 |
| 520920103 | + | Chase Mortgage c/o, Rushmore Servicing, PO Box 619097, Dallas, TX 75261-9097 |
| 520975751 | + | Citizens, 601 East 24th Street, Tucson, AZ 85713-1708 |
| 520975752 | + | Cousins Freight Solutions, 3356 N. San Marcos Place, Suite 107, Chandler, AZ 85225-7176 |
| 520920112 | + | Express-It, Inc., 8 Azalia Lane, Somerset, NJ 08873-2802 |
| 520920114 | + | First Chatham Bank, c/o, Maselli, Mills & Fornal, PC, 400 Alexander Road, Suite 101, Princeton, NJ 08540-6797 |
| 520975756 | + | Fleetwatch, PO Box 36014, Newark, NJ 07188-6006 |
| 520975757 | | Flyers Energy, PO Box 884517, Los Angeles, CA 90088-4517 |
| 520975758 | + | Gary Doyle, Esq., 2929 North 44th Street, Suite 120, Phoenix, AZ 85018-7239 |
| 520975759 | + | Heffeman Insurance Broker, PO Box 5608, Walnut Creek, CA 94596-1608 |
| 520985657 | + | Huntington National Bank, c/o Maselli, Mills & Fornal, P.C., Attention: David Fornal, Esq, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520975760 | + | I Lift, Inc., 3025 East Benson Highway, Tucson, AZ 85706-1711 |
| 520975761 | + | Lisa Carson, c/o Stuart Title & Trust of Tuscon, PO Box 42200, Tucson, AZ 85733-2200 |
| 520975762 | + | M3 Fleet Management, LLC, 2950 E. Mohawk Lane, Suite 100, Phoenix, AZ 85050-4797 |
| 520975764 | + | New Lane Finance, 123 S. Broad Street, 17th Floor, Philadelphia, PA 19109-1032 |
| 520975765 | + | Pacific Coast Propane, PO Box 353, Ontario, CA 91762-8353 |
| 520975766 | + | Pacific Office Automation, 14747 NW Greenbrier Parkway, Beaverton, OR 97006-5601 |
| 520975767 | | Penske Truck Leasing, PO Box 7429, Pasadena, CA 91109-7429 |
| 520975770 | + | RWC, 600 North 75th Avenue, Phoenix, AZ 85043-2112 |
| 520975769 | + | Raymond West Logistical Solutions, 2659 E Magnolia Street, Phoenix, AZ 85034-6909 |
| 520975771 | + | Terra Staffing, 1000 SE Everett Mall Way, Suite 301, Everett, WA 98208-2814 |
| 520975773 | + | Vincent Sardono, 2412 East Peachtree Road, Chandler, AZ 85249-4677 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2026 23:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2026 23:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

District/off: 0312-3 | User: admin | Page 2 of 5
Date Rcvd: Jul 06, 2026 | Form ID: pdf901 | Total Noticed: 82

| cr | ^ MEBN | | |
|---|---|---|---|
| | | Jul 06 2026 23:06:37 | McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| 520975747 | Email/Text: dlott@arcb.com | | |
| | | Jul 06 2026 23:11:00 | ArcBest, PO Box 10048, Fort Smith, AR 72917-0048 |
| 520946863 | Email/Text: bankruptcynotices@donohoelawpc.com | | |
| | | Jul 06 2026 23:10:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 520920095 | Email/Text: bankruptcynotices@donohoelawpc.com | | |
| | | Jul 06 2026 23:10:00 | Aes/mefa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105 |
| 521031961 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Jul 06 2026 23:16:11 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520922413 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 06 2026 23:15:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520975748 | ^ MEBN | | |
| | | Jul 06 2026 23:04:45 | BlueVine Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063-1536 |
| 520920100 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 06 2026 23:16:10 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520920099 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 06 2026 23:16:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520920102 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 06 2026 23:15:48 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520920101 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 06 2026 23:15:48 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 520920105 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 06 2026 23:16:04 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520920106 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 06 2026 23:15:54 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520920104 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 06 2026 23:15:54 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520975753 | Email/Text: CCICollectionsGlobalForms@cox.com | | |
| | | Jul 06 2026 23:12:15 | Cox Communications, PO Box 53249, Phoenix, AZ 85072-3249 |
| 520920120 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 06 2026 23:16:04 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520920110 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 06 2026 23:10:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520920108 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 06 2026 23:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520920113 | Email/Text: scourtney@firstchatham.com | | |
| | | Jul 06 2026 23:10:00 | First Chatham Bank, 111 Barnard Street, Savannah, GA 31401 |
| 520920115 | + Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jul 06 2026 23:11:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520920116 | + Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jul 06 2026 23:11:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520975755 | ^ MEBN | | |
| | | Jul 06 2026 23:06:07 | First Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000 |
| 520920117 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 06 2026 23:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520936780 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 06 2026 23:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0312-3                                    User: admin                                    Page 3 of 5

Date Rcvd: Jul 06, 2026                              Form ID: pdf901                          Total Noticed: 82

|  |  |  |  |
|---|---|---|---|
|  |  |  | USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520922414 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 06 2026 23:16:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520920119 | + | Email/Text: EBNBKNOT@ford.com | |
|  |  | Jul 06 2026 23:12:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520920118 | + | Email/Text: EBNBKNOT@ford.com | |
|  |  | Jul 06 2026 23:12:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 520920121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jul 06 2026 23:16:04 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520975763 | ^ | MEBN | |
|  |  | Jul 06 2026 23:06:37 | McManimon, Scotland & Baumann, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| 520920126 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
|  |  | Jul 06 2026 23:16:01 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920122 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
|  |  | Jul 06 2026 23:15:52 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920130 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
|  |  | Jul 06 2026 23:10:00 | PHH Mortgage, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 520920131 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
|  |  | Jul 06 2026 23:10:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 520975768 | + | Email/Text: bankruptcy@pb.com | |
|  |  | Jul 06 2026 23:12:00 | Pitney Bowes Global Financial Svcs, PO Box 981022, Boston, MA 02298-1022 |
| 520984687 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Jul 06 2026 23:10:00 | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520920132 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
|  |  | Jul 06 2026 23:10:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520920134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:15:59 | Syncb/hdhvac, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:15:47 | Syncb/hdhvac, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:15:59 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:15:47 | Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920138 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:16:08 | Synchrony Bank/PC Richards & Sons, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520920137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 06 2026 23:15:47 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520920143 |  | Email/Text: bankruptcy@truliantfcu.org | |
|  |  | Jul 06 2026 23:10:00 | Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920141 |  | Email/Text: bankruptcy@truliantfcu.org | |
|  |  | Jul 06 2026 23:10:00 | Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |
| 520920139 | + | Email/Text: BCN@timepayment.com | |
|  |  | Jul 06 2026 23:12:00 | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 1600 District Avenue, Ste 200, Burlington, MA 01803-5076 |
| 520920140 | + | Email/Text: BCN@timepayment.com | |
|  |  | Jul 06 2026 23:12:00 | Timepayment Corp, LLC., 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 521244587 |  | Email/Text: EDBKNotices@ecmc.org | |
|  |  | Jul 06 2026 23:10:00 | U.S. Department of Education, PO Box 16448, |

District/off: 0312-3                     User: admin                                    Page 4 of 5

Date Rcvd: Jul 06, 2026                  Form ID: pdf901                                Total Noticed: 82

| Recip ID | Bypass | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Saint Paul MN 55116-0448 |
| 520920145 | + | Email/Text: bankruptcynotices@sba.gov | Jul 06 2026 23:11:00 | U.S. Small Business Administration, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520975772 | | Email/Text: misty.hoefs@usbank.com | Jul 06 2026 23:11:00 | US Bank, PO Box 790448, Saint Louis, MO 63179-0448 |
| 520975774 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 06 2026 23:16:10 | Wells Fargo Vendor Financial Svcs, 800 Walnut Street, Des Moines, IA 50309-3891 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520920096 | *P++ | AMERICAN EDUCATION SERVICES, ATTN AES, P O BOX 8183, HARRISBURG PA 17105-8183, address filed with court:, Aes/mefa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105 |
| 520920098 | *+ | Aes/mefa, Pob 61047, Harrisburg, PA 17106-1047 |
| 520975750 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520920107 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520920111 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520920109 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520920127 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920128 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920129 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520920123 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920124 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920125 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520920144 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, 3200 Truliant Way, Winston Salem, NC 27103 |
| 520920142 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant FCU, Attn: Bankruptcy, P.O. Box 26000, Winston-Salem, NC 27114 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David Fornal | |

District/off: 0312-3                      User: admin                                    Page 5 of 5

Date Rcvd: Jul 06, 2026                   Form ID: pdf901                         Total Noticed: 82

on behalf of Creditor Cadence Bank dfornal@maselliwarren.com

David G. Beslow

on behalf of Debtor John Cabarcas ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
estcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow

on behalf of Joint Debtor Dawn Marie Cabarcas ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
estcase.com;GoldmanBeslowLLC@jubileebk.net

Matthew K. Fissel

on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

Philip Galanaugh

on behalf of Creditor Huntington National Bank pgalanaugh@masellilaw.com

Philip Galanaugh

on behalf of Creditor Cadence Bank pgalanaugh@masellilaw.com

Sari Blair Placona

on behalf of Creditor McManimon  Scotland & Baumann, LLC splacona@msbnj.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10