**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on September 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**JOHN CABARCAS**

**DAWN MARIE CABARDAS**

Debtor(s).

Case No.:25-23257 MBK

Hearing: 8/19/26

Judge: Michael B. Kaplan

## INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: September 8, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 8/16/26 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9013-4 (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 10/1/26 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the rescheduled Confirmation Hearing:

- Provide Trustee with the following documents
  - Business P&L
  - Business Questionnarie for Cabarcas Corp
- Provide Trustee with copy of 2025 Tax Return
- Provide Trustee with proof of expenses on Schedule J: $575 for telephone/cell/internet/ $900 childcare and education
- File Pre-Confirmation Certification
- File Amended Schedule J to reflect surrendered residence

**IT IS FURTHER ORDERED** that debtor(s) shall resolve the following issues required for Confirmation, on or before the date specified herein:

- Debtor(s) resolution of the late field claim of Lisa Carson by Order on Claims Motion, on or before 10/1/26 .

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.