**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on September 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOHN CABARCAS**

**DAWN MARIE CABARDAS**

Debtor(s).

Case No.:25-23257 MBK

Hearing: 8/19/26

Judge: Michael B. Kaplan

**INTERIM SCHEDULING ORDER REGARDING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: September 8, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 8/16/26 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9013-4 (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 10/1/26 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the rescheduled Confirmation Hearing:

- Provide Trustee with the following documents
  - Business P&L
  - Business Questionnarie for Cabarcas Corp
- Provide Trustee with copy of 2025 Tax Return
- Provide Trustee with proof of expenses on Schedule J: $575 for telephone/cell/internet/ $900 childcare and education
- File Pre-Confirmation Certification
- File Amended Schedule J to reflect surrendered residence

**IT IS FURTHER ORDERED** that debtor(s) shall resolve the following issues required for Confirmation, on or before the date specified herein:

- Debtor(s) resolution of the late field claim of Lisa Carson by Order on Claims Motion, on or before 10/1/26 .

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-23257-MBK
John Cabarcas Chapter 13
Dawn Marie Cabarcas
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Cabarcas, Dawn Marie Cabarcas, 8 Azalea Lane, Somerset, NJ 08873-2802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David Fornal | on behalf of Creditor Cadence Bank dfornal@maselliwarren.com |
| David G. Beslow | on behalf of Debtor John Cabarcas ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Dawn Marie Cabarcas ecf@goldmanlaw.org |

| | |
|---|---|
| | yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Philip Galanaugh | on behalf of Creditor Huntington National Bank pgalanaugh@masellilaw.com |
| Philip Galanaugh | on behalf of Creditor Cadence Bank pgalanaugh@masellilaw.com |
| Sari Blair Placona | on behalf of Creditor McManimon Scotland & Baumann, LLC splacona@msbnj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10